UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NAKISHA RODDY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:20-cv-00373 |
| | ) |
| TENNESSEE DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Defendant's Motion for Summary Judgment (Doc. No. 54) is **GRANTED**. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58 and close this case.

Accordingly, the pretrial conference and trial set for January 23, 2023, and January 31, 2023, respectively, are **CANCELLED**, and the parties' remaining deadlines set forth in the Court's June 14, 2021 Order (Doc. No. 23) are terminated. The pending motions (Doc. Nos. 70, 71, 72 and 73) are **DENIED AS MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE